UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-23105-Civ-COOKE/GOODMAN

BISCAYNE BEACH CLUB CONDOMINIUM
ASSOCIATION, INC.,

      Plaintiff,
vs.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

      Defendant.
_____/

**OMNIBOUS ORDER GRANTING IN PART MOTION TO
RE-OPEN CASE AND TO PERMIT LIMITED DISCOVERY AND
<u>DENYING WITHOUT PREJUDICE MOTION TO VACATE APPRAISAL AWARDS</u>**

**THIS MATTER** is before the Court upon Defendant Westchester Surplus Lines Insurance Company's Motion to Re-Open Case and to Permit Limited Discovery (ECF No. 30) and Motion to Vacate Appraisal Awards (collectively the "Motions") (ECF No. 36), filed April 10, 2020 and June 10, 2020, respectively. Plaintiff Biscayne Beach Club Condominium Association, Inc. filed its responses in opposition to the Motions on May 4, 2020 and July 9, 2020. (ECF Nos. 34 and 39). Defendant filed its replies in support of the Motions on May 11, 2020 and July 30, 2020 (ECF Nos. 35 and 44). Having reviewed the Motions, the briefing, the accompanying exhibits, and the relevant legal authority it is **ORDERED and ADJUDGED** as follows:

1. Westchester Surplus Lines Insurance Company's Motion to Re-Open Case and to Permit Limited Discovery (ECF No. 30) is **GRANTED IN PART**. The Parties may conduct discovery related to: a) any fee arrangements between Biscayne Beach Club Condominium Association, Inc. and Appraiser Blake Pyka; and b) the underlying composition of the appraisal award. Said discovery must be completed on or before April 9, 2021. This case shall remain administratively closed as such closure is solely for statistical purposes and does not limit or preclude the discovery authorized herein.

2. Defendant Westchester Surplus Lines Insurance Company's Motion to Vacate Appraisal Awards is **DENIED WITHOUT PREJUDICE**. Defendant Westchester Surplus Lines Insurance Company may re-file its motion to vacate the appraisal award within 30 days of

completion of the limited discovery authorized herein. The Court expressly authorizes such a motion and finds that any such motion will be timely so long as it is filed in compliance with this Order.

**DONE and ORDERED** in Chambers at Miami, Florida this 28th day of February 2021.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*All Counsel of Record*